IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| FELIPE DE JESUS LOPEZ, #634125 | § | |
| VS. | § | CIVIL ACTION NO. 9:06cv31 |
| OFFICER FLOWERS, ET AL. | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Judith K. Guthrie.  The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court.  It is therefore

**ORDERED** that the Plaintiff's claims about matters that occurred before January 30, 2004, are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1).  The Plaintiff's claims about matters that occurred on or after January 30, 2004, are **DISMISSED** without prejudice and with the statute of limitations suspended for such claims for thirty days after the entry of this Order.  All motions not previously ruled on are hereby **DENIED**.

So **ORDERED** and **SIGNED** this **23** day of **May, 2006.**

_____
Ron Clark, United States District Judge